AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DERRICK DAMOND BARRON

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 425-271

DR. CHRISTOPHER E. WALLS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 28, 2026, Plaintiff's Complaint is dismissed for lack of subject matter jurisdiction. This case stands closed.

Approved by: *Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

January 28, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020